**FILED**
October 20, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>v.<br><br>ROCIO CERVANTES-YEPIZ,<br><br>   Defendant. | Case No. 2:17-MJ-00186-DB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ROCIO CERVANTES-YEPIZ</u>, Case No. <u>2:17-MJ-00186-DB</u>, Charge <u>Title 18 USC § 4</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___  Release on Personal Recognizance

  ✔  Bail Posted in the Sum of $ <u>25,000 (co-signed)</u>

    ✔  Unsecured Appearance Bond

    ___  Appearance Bond with 10% Deposit

    ___  Appearance Bond with Surety

    ✔  (Other)  <u>With pretrial supervision and conditions of release placed on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>October 20, 2017</u> at <u>2:50</u> pm.

By  _____
   Deborah Barnes
   United States Magistrate Judge