HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
ROCIO CERVANTES-YEPIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. Cr. S. 17-0186-DB |
|---|---|
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER FOR |
| | ) TRANSPORTATION ORDER PURSUANT TO |
| v. | ) 18 U.S.C. §4285 |
| | ) |
| ROCIO CERVANTES-YEPIZ, | ) |
| | ) Judge: Hon. Edmund F. Brennan |
| Defendant. | ) |
| | ) |

**TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

This is to authorize and direct you to furnish the above named defendant, ROCIO CERVANTES-YEPIZ, with transportation and subsistence expenses for travel from her residence in Sacramento California, to Topeka, Kansas, to timely make her court appearance there on November 2, 2017 at 10:00 A.M. This order includes airfare as well as ground transportation to and from the District Court in Topeka from the closest commercial airport in Kansas City, Missouri. Ms. Cervantes-Yepiz will also need return transportation to her residence in Sacramento, California on or after November 2, 2017.

//

//

| | |
|---|---|
| 1 | The United States Marshal shall furnish Ms. Cervantes-Yepiz with money for subsistence expenses to and from her destination, including any stay in the other judicial district, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code. This order is authorized pursuant to 18 U.S.C. §4285. |

IT IS SO ORDERED.

Dated: October 26, 2017

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge